IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN LEE HARVEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:24-CV-636-WKW ) [WO] |
| MONTGOMERY COUNTY DETENTION FACILITY, *et al.*, | ) ) ) |
| Defendants. | ) |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 6) to which no objections have been filed. Based upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 6) is ADOPTED;

(2) Plaintiff's claims against Defendants Montgomery County Detention Facility and Montgomery County Sheriff's Office are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1);

(3) The Montgomery County Detention Facility and Montgomery County Sheriff's Office are terminated as parties; and

(4) This action is referred back to the Magistrate Judge for additional proceedings.

DONE this 19th day of May, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE